RICHARD J. DOREN, SBN 124666
HEATHER L. RICHARDSON, SBN 246517
BETH A. COOMBS, SBN 258186
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520
RDoren@gibsondunn.com
HRichardson@gibsondunn.com
BCoombs@gibsondunn.com

JS-6

Attorneys for Defendant,
AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ORTHOPEDIC SPECIALISTS OF SOUTHERN CALIFORNIA; INTEGRATED SURGERY CENTER NUMBER 101; SAN DIEGO ADVANCED ORTHOPEDIC CENTER; AND INLAND VALLEY SURGERY CENTER,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AETNA LIFE INSURANCE COMPANY; and DOES 1-10,<br><br>　　　　　Defendants. | CASE NO. 11-CV-02980-PA (JEM)<br><br>**ORDER REGARDING DISMISSAL OF ACTION**<br><br>The Honorable Percy Anderson |

/ / /

/ / /

/ / /

# Order

The Court has considered the parties' Stipulation regarding Dismissal of Action, and good cause appearing therefrom,

IT IS HEREBY ORDERED that this case is dismissed, without prejudice, in its entirety, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

December 20, 2011

_____
Hon. Percy Anderson
United States District Court Judge
Central District of California

# PROOF OF SERVICE

I, Lindie S. Joy, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071-3197, in said County and State. On December 20, 2011, I served the following documents:

**[PROPOSED] ORDER REGARDING DISMISSAL OF ACTION**

on the interested parties in this action, by delivering a true copy thereof and sufficient envelope(s) addressed to the attorney(s) of record listed below:

> Law Offices of Gary L. Tysch
> 16133 Ventura Blvd., Suite 580
> Encino, CA  91436

by the following means of service:

☑ **BY MAIL**: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PDF FORMAT:** I caused each such document to be transmitted by PDF format, to the parties and email addresses listed above.

☐ **BY PERSONAL SERVICE**: I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

☐ **BY OVERNIGHT MAIL:** On the above-mentioned date, I placed a true copy of the above mentioned document(s) in a sealed envelope or package designated by the United Parcel Service with delivery fees paid or provided for, addressed to the person(s) as indicated above and deposited same in a box or other facility regularly maintained by United Parcel Service or delivered same to an authorized courier or driver authorized by United Parcel Service to receive documents.

☑ I am employed in the office of Heather L. Richardson, a member of the bar of this court, and that the foregoing document(s) was(were) printed on recycled paper.

☑ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

1    ☐   **(FEDERAL)**            I declare under penalty of perjury that the foregoing is true and correct.

2           Executed on December 20, 2011, at Los Angeles, California.

3

4

5                                                                          Lindie S. Joy

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

3
[PROPOSED] ORDER REGARDING DISMISSAL OF ACTION